**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-7675**

———————

WILLIAM D. CREDLE,

        Plaintiff - Appellant,

     v.

ROY COOPER; ERIK A. HOOKS; TODD ISHEE; PAULA SMITH; MICHAEL
REGAN; MIKE CAUSEY; JAMES VAUGHAN; DOCTOR EVANS; NURSE
HUX; UNIT MANAGER DUNLOW,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03162-D)

———————

Submitted:  September 16, 2022                    Decided:  October 24, 2022

———————

Before HARRIS and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William D. Credle, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William D. Credle appeals the district court's order dismissing, pursuant to 28 U.S.C. § 1915A(b)(1), his 42 U.S.C. § 1983 action alleging First, Eighth, and Fourteenth Amendment violations by defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Credle v. Cooper*, No. 5:21-ct-03162-D, 2021 WL 5822264 (E.D.N.C. Nov. 18, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*